

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00748-CR

Ashley Nicole Olivia **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2149
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

On October 15, 2018, appellant Ashley Nicole Olivia Lopez filed a notice of appeal from a trial court's order placing her on deferred adjudication community supervision. The notice of appeal was filed under trial court cause number 2018CR2149, and this court assigned the appeal two appellate numbers: 04-18-00748-CR and 04-18-00754-CR. Thus, there are two appeals currently pending from the same order.

At this time, only the following documents have been filed in appellate number 04-18-00748-CR: (1) the pro se notice of appeal; (2) a pro se motion for appointment of counsel on appeal; (3) the trial court's certification of defendant's right of appeal; and (4) the certificate of notice of appeal. The clerk's record as well as a supplemental clerk's record, which includes the above documents, have been filed in appellate number 04-18-00754-CR.

Accordingly, after review, we **ORDER** the clerk of this court to administratively close appellate number 04-18-00748-CR. We **ORDER** the clerk of this court to transfer all filings in appellate number 04-18-00748-CR to appellate number 04-18-00754-CR. All future filings in this matter should be filed under 04-18-00754-CR.

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter, if any.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court